# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARLENE TURNER,**<br><br>   Plaintiff,<br><br>   *v.*<br><br>**ABINGTON/JEFFERSON HOSPITAL, et al.,**<br><br>   Defendants. | **CIVIL ACTION**<br><br>**NO. 21-565-KSM** |

## ORDER

**AND NOW**, this 9th day of April, 2021, upon consideration of Plaintiff Darlene Turner's motion to proceed *in forma pauperis* (Doc. No. 1) and motion for appointment of counsel (Doc. No. 3), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Turner's motion to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED.**

2. Turner's complaint (Doc. No. 2) is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e). Turner may file an amended complaint that cures the deficiencies outlined in the Memorandum.

3. Turner's motion for appointment of counsel (Doc. No. 3) is **DENIED without prejudice**. If Turner files an amended complaint, she may re-file her motion for appointment of counsel.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.